UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | |
| KRISTEN HOPE BOLES, ) | **4:15CR00487 AGF/TCM** |
| Defendant. ) | |

FILED
OCT 28 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**INDICTMENT**

**COUNT ONE**

18 U.S.C. § 751(a)

The Grand Jury charges that:

On or about May 17, 2015, in the Eastern District of Missouri, in the City of St. Louis, the defendant, **KRISTEN HOPE BOLES**, did knowingly escape from custody in the MERS-Goodwill Residential Reentry Center, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon conviction for the commission of bank fraud, in violation of Title 18, United States Code, Section 1344, aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A and 1028A(a)(1), and conspiracy to

commit offenses against the United States, in violation of Title 18, United States Code, Section 371.

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney